**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00024-CV**
_____

**KELLY WAYNE THRAILKILLE, Appellant**

**V.**

**APRIL THRAILKILLE, Appellee**

---

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. 220020-D**

---

**MEMORANDUM OPINION**

Kelly Wayne Thrailkille, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 14, 2024
Opinion Delivered February 15, 2024
Before Golemon, C.J., Horton and Johnson, JJ.

1